IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

CENTRAL PENNSYLVANIA TEAMSTERS   :
PENSION FUND, *et al.*,          :
      Plaintiffs, :
                       :
    v.                       :    Civil No. 5:20-cv-05560-JMG
                       :
BYRON WAGGONER, *et al.*,        :
      Defendants.  :
_____

**ORDER**

**AND NOW**, this 15th day of December, 2022, upon consideration of Defendant The York Concrete Company, LLC's Motion for Summary Judgment (ECF No. 55), Plaintiffs Central Teamsters Pension Fund and Trustees' Motion for Summary Judgment (ECF No. 56), the responses, replies, and exhibits thereto, and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** as follows:

    1.    Defendant's Motion for Summary Judgment (ECF No. 55) is **DENIED**.

    2.    Plaintiffs' Motion for Summary Judgment (ECF No. 56) is **GRANTED IN PART AND DENIED IN PART**:

        a. Plaintiffs' Motion for Summary Judgment is **GRANTED** as to the first element of Count I: Federal Common Law Successor Liability, notice of the liability prior to the sale.

        b. Plaintiffs' Motion for Summary Judgment is **DENIED** as to the second element of Count I: Federal Common Law Successor Liability, continuity of operations between the buyer and seller.

        c. Plaintiffs' Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART** as to Count II: Federal Common Law Successor Liability –

Controlled Group Liability. Plaintiffs' Motion is **GRANTED IN PART** insofar as the Waggoner Entities[1] are businesses under common control and jointly and severally liable for the withdrawal liability of Defendant The York Concrete Company, LLC. Plaintiffs' Motion is **DENIED IN PART** insofar the withdrawal liability does not attach to the Waggoner Entities unless Plaintiffs prevail as to Count I.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] The term "The Waggoner Controlled Group," as defined in Plaintiffs' Amended Complaint (ECF No. 23) consists of the following defendants: Waggoner Holdings, LLC; Waggoner Holdings, LP; Waggoner Construction, Inc.; Girard Avenue Holdings, LLC; Waggoner Fabrication & Millwright, LLC; Waggoner Roofing, LLC; Best Mechanical Services, LLC; Crane Werks, LLC, and The York Concrete Company, LLC.