# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND, *et al.*,<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>BYRON WAGGONER, *et al.*,<br>　　　　Defendants. | Civil No. 5:20-cv-05560-JMG |

## ORDER

**AND NOW**, this 10th day of May, 2024, upon consideration of Defendants' Letter Dated November 7, 2023 (ECF No. 104), Plaintiffs' Letter Dated November 10, 2023 (ECF No. 105), Plaintiffs' Motion for Summary Judgment on the Contested Third Element of Successor Liability (ECF No. 119), Defendants' Response in Opposition (ECF No. 120), Plaintiffs' Reply (ECF No. 123), and any and all exhibits and attachments thereto, **IT IS HEREBY ORDERED** that for the reasons provided in the accompanying Memorandum Opinion, Plaintiffs' Motion for Summary Judgment (ECF No. 119) is **GRANTED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge