# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTRAL PENNSYLVANIA TEAMSTERS, PENSION FUND, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> BYRON WAGGONER, *et al.*, <br> Defendants. | Civil No. 5:20-cv-05560-JMG |

## ORDER

**AND NOW**, this 13th day of September, 2024, following a bench trial and upon consideration of the parties' proposed findings of fact and conclusions of law (ECF Nos. 128 and 129), **IT IS HEREBY ORDERED** that Judgment is **ENTERED** in favor of Plaintiffs Central Pennsylvania Teamsters Pensions Fund, et al.

**IT IS FURTHER ORDERED** that Plaintiffs shall submit their petition for attorneys' fees and costs along with proposed interest calculations no later than **October 11, 2024**; Defendants' response shall be due no later than **October 25, 2024**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge